UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Misc. No. 11-332 |
| v. | (Related to Cr. No. 11-56) |
| SANJAR ALAMANOV, | |
| Defendant, | |
| BANK OF AMERICA, NA, and its successors and assigns, | ELECTRONICALLY FILED |
| Garnishee. | |

## ORDER OF COURT

AND NOW, this ___ day of November, 2011, upon consideration of the United States' Application for Writ of Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Garnishment directed to Bank of America, NA.

_____
CHIEF UNITED STATES DISTRICT JUDGE