UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Misc. No. 11-332 |
| v. | ) (Related to Cr. No. 11-56) |
| SANJAR ALAMANOV, | ) |
| Defendant, | ) |
| BANK OF AMERICA, NA, and its successors and assigns, | ) ELECTRONICALLY FILED |
| Garnishee. | ) |

**FINAL ORDER OF GARNISHMENT**

An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, in the form of checking account number            with a balance of $592.09 after the statutory exemption and the Garnishee's processing fee, and savings account number            with a balance of $5,008.85.

The Defendant was served with a copy of the Writ of Garnishment and notified of his right to a hearing. The Defendant has not requested a hearing to determine exempt property.

Whereupon the Court, having considered the Application for a Writ of Garnishment against the property of the Defendant, the Answer of the Garnishee, and noting that the

Defendant has not exercised his right to request a hearing, now finds that the entry of the final order of garnishment is in all respects proper.

IT IS THEREFORE ORDERED that the Garnishee pay to Plaintiff, United States of America $592.09 from checking account number           and the balance of savings account number           (the balance of $5,008.85 in the account at the time of Garnishee's Answer plus any interest that has accrued since that date).

IT IS FURTHER ORDERED that these sums be applied upon the judgment entered in this case on September 9, 2011. The present balance due and owing as of March 9, 2012, is $65,460.00. Checks must include "**Criminal Number 11-56**" in the lower left corner and be made payable to the "**Clerk of Court**" and mailed to:

> Clerk of Court
> P.O. Box 1805
> Pittsburgh, PA 15230

This 16th day of March, 12.

_____
United States District Judge